# In the United States Court of Federal Claims

No. 20-1511C
(Filed: December 14, 2020)

| | |
|---|---|
| KERRON OTIS, | ) ) ) |
| *Pro Se* Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

    On November 6, 2020, the court issued an order calling for *pro se* plaintiff Kerron Otis to either submit a completed application to proceed *in forma pauperis* or pay the fee required to file his complaint within thirty (30) days. ECF No. 6 (copy attached). The order provided that failure to comply would result in the dismissal of this case for failure to prosecute.

    A review of court records indicates that, as of this date, Mr. Otis has failed to either submit a completed application to proceed *in forma pauperis* or pay the fee required to file his complaint as directed. Accordingly, the above captioned case is **DISMISSED** without prejudice for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims. The Clerk is directed to enter judgment accordingly.

    **IT IS SO ORDERED.**

s/*Nancy B. Firestone*
NANCY B. FIRESTONE
Senior Judge